UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALUP SOMARGE,

                    Plaintiff,

          -against-

NEW YORK STATE REVENUE DEPARTMENT,

                    Defendant.

21-CV-1102 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, United States District Judge:

On March 26, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") application or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Because Plaintiff did not provide a physical or email address, the Clerk of Court will not be able to send a copy of this order to him. Should Plaintiff appear in person at the court, the Clerk of Court is directed to provide him with a copy of this order.

SO ORDERED.

Dated:    May 19, 2021
          New York, New York

_____
          COLLEEN McMAHON
          United States District Judge