UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALUP SOMARGE,<br><br>                             Plaintiff,<br><br>         -against-<br><br>NEW YORK STATE REVENUE DEPARTMENT,<br><br>                             Defendant. | 21-CV-1102 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* application or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Because Plaintiff did not provide a physical or email address, the Clerk of Court will not be able to send a copy of this judgment to him. Should Plaintiff appear in person at the court, the Clerk of Court is directed to provide him with a copy of this judgment.

SO ORDERED.

Dated:  May 19, 2021
        New York, New York

_____
COLLEEN McMAHON
United States District Judge